■ HAZEL M. BUCK, Individually and as Administratrix of the Estate of ERWIN C. BUCK, Deceased, and as Parent and Natural Guardian of KATRINA M. BUCK and Others, Infants, Appellant, v VOLUNTEER AMBULANCE CORPS OF BATH, NEW YORK, INC., et al., Respondents, et al., Defendant. (Appeal No. 1.) [769 NYS2d 764]—Appeal from an order of Supreme Court, Steuben County (Latham, J.), entered November 17, 2000, which granted the motion of defendants Volunteer Ambulance Corps of Bath, New York, Inc. and James Harvey, individually and as an officer, servant and agent of Volunteer Ambulance Corps of Bath, New York, Inc., for summary judgment and dismissed the complaint and cross claim against them.

■ HAZEL M. BUCK, Individually and as Administratrix of the Estate of ERWIN C. BUCK, Deceased, and as Parent and Natural Guardian of KATRINA M. BUCK, and Others, Infants, Appel-

lant, v VOLUNTEER AMBULANCE CORPS OF BATH, NEW YORK, INC., et al., Respondents, et al., Defendant. (Appeal No. 3.) [769 NYS2d 762]—Appeal from an order of Supreme Court, Steuben County (Latham, J.), entered December 14, 2001, which denied plaintiffs' motion for leave to reargue the motion of defendants Volunteer Ambulance Corps of Bath, New York, Inc. and James Harvey, individually and as an officer, servant and agent of Volunteer Ambulance Corps of Bath, New York, Inc., for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Pigott, Jr., P.J., Wisner, Kehoe, Lawton and Hayes, JJ.